AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▼

| | |
|---|---|
| United States of America<br>v.<br><br>FRANK RAFARACI<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00608<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 9/21/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____2011 to the present_____ out of the jurisdiction of any

particular State or District _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. s. 371 | Conspiracy to commit bribery |
| 18 U.S.C. s. 201 | Bribery |
| 18 U.S.C. s. 1349 | Conspiracy to commit wire fraud |
| 18 U.S.C. s. 1956(h) | Conspiracy to commit money laundering |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Cordell DeLaPena*

_____
*Complainant's signature*

Special Agent Cordell De La Pena

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____September 21, 2021_____

_____
*Judge's signature*

City and state:  _____Washington, D.C._____   Hon. Robin M. Meriweather, U.S. Magistrate Judge

_____
*Printed name and title*