# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**FRANK RAFARACI,**<br>          **Defendant.** | Case: 1:21-mj-00608<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 9/21/2021<br>Description: COMPLAINT W/ ARREST WARRANT<br><br>**FILED UNDER SEAL** |

## ORDER

Upon consideration of the motion to seal the criminal complaint application, affidavit, arrest warrant, and other related materials filed in the above-captioned case (the "complaint materials"), it is this 21st day of September, 2021,

ORDERED, that the Government's Motion is hereby GRANTED and the complaint materials be sealed until further order of the Court.

IT IS FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket of the complaint materials until further order of the Court.

Notwithstanding the sealing, the government may disclose these materials to third parties including, but not limited to, officials from the U.S. State Department, the federal judiciary, and foreign authorities, in furtherance of its law enforcement needs and discovery obligations.

 

HON. ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE