IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANK RAFARACI,<br>　　　　Defendant. | Case No. 21-mj-608 |

## GOVERNMENT'S MOTION TO UNSEAL CASE

The United States of America, by and through its undersigned counsel, respectfully moves the Court for an Order directing that this case be unsealed. The defendant was arrested earlier today in a foreign country, pursuant to a provisional arrest request by the United States Government. Since the criminal complaint is now known to the defendant, there is no reason for this case to be sealed.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division
United States Department of Justice

By:　*/s/ Justin Weitz*
　　　―――――――――――――――――
　　　Justin Weitz
　　　Acting Principal Assistant Chief, Fraud Section
　　　Michael P. McCarthy, D.C. Bar #1020231
　　　Trial Attorney, Criminal Division, Fraud Section
　　　United States Department of Justice
　　　1400 New York Avenue, N.W.
　　　Washington, D.C. 20530

Dated: September 27, 2021