# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANK RAFARACI,<br>       Defendant. | Case No. 21-mj-608 |

## ORDER

Upon consideration of the government's motion to unseal, it is hereby

**ORDERED** that the Government's Motion is **GRANTED;** and it is further

**ORDERED** that the above-captioned case be unsealed.

Zia M. Faruqui
2021.09.27
16:46:20 -04'00'

_____
HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE